

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00595-CR

Marc Angel **SANCHEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR0965
Honorable Juanita A. Vasquez-Gardner, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED December 4, 2013.

_____
Karen Angelini, Justice